THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DR. MAGDY FOUAD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>ISILON SYSTEMS, INC., et al.,<br><br>Defendants. | No. C07-1764 MJP<br><br>**LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |

Lead Plaintiff Dr. Magdy Fouad ("Lead Plaintiff") hereby moves the Court for entry of an order (i) granting preliminary approval of the proposed Settlement set forth in the Stipulation of Settlement dated October 23, 2009; (ii) approving the form and manner of giving notice of the proposed Settlement to the Class; (iii) certifying the proposed Class for purposes of settlement, and (iv) setting a hearing date for final approval of the Settlement and all its terms and elements, including the proposed Plan of Allocation. Lead Plaintiff's Counsel have conferred with Defendants' Counsel prior to filing this motion, and Defendants concur with and join in this motion.

This Motion is based upon the Stipulation of Settlement and all exhibits attached thereto; the [Proposed] Order for Notice and Hearing which provides for the preliminary approval of the

LEAD PLAINTIFF'S UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF SETTLEMENT
(C07-1764 MJP) Page - 1

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Settlement and the distribution of the Notice; all other pleadings and matters of record; and such additional evidence or argument as may be presented at the hearing.

Because all of the Parties to this action concur in the filing of this motion, they request that the Court approve this motion without a noticed hearing. Of course, should the Court desire more information, we will provide it immediately.

Accordingly, Lead Plaintiff requests that the Court enter the [Proposed] Order for Notice and Hearing, a copy of which is attached hereto.

Dated: October 23, 2009

/s/ Elizabeth A. Leland
Lynn Lincoln Sarko, WSBA #16569
Juli E. Farris, WSBA #17593
Elizabeth A. Leland, WSBA # 23433
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
jfarris@kellerrohrback.com
bleland@kellerrohrback.com

Liaison Counsel for Lead Plaintiff

Steven J. Toll, Admitted Pro Hac Vice
Lisa M. Mezzetti, Admitted Pro Hac Vice
Matthew K. Handley, Admitted Pro Hac Vice
COHEN MILSTEIN SELLERS
& TOLL PLLC
1100 New York Ave., N.W.
Suite 500 West Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
stoll@cohenmilstein.com
lmezzetti@cohenmilstein.com
mhandley@cohenmilstein.com

Lead Counsel for Lead Plaintiff

Blair A. Nicholas
Elizabeth Lin
Jon Worm
BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130-3582

LEAD PLAINTIFF'S UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF SETTLEMENT
(C07-1764 MJP) Page - 2

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1
2   Telephone: (858) 793-0070
    Facsimile: (858) 793-0323
3
    Counsel for Plaintiff The Southwest Carpenters
    Pension Trust
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

LEAD PLAINTIFF'S UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF SETTLEMENT
(C07-1764 MJP) Page - 3

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2009, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following ECF participants:

Steve W. Berman steve@hbsslaw.com, heatherw@hbsslaw.com

Peter Scott Ehrlichman ehrlichman.peter@dorsey.com, follis.kerry@dorsey.com, seattle.docketing@dorsey.com, young.jan@dorsey.com

Larry Steven Gangnes gangnesl@lanepowell.com, docketing-sea@lanepowell.com, donnellyjossm@lanepowell.com, sebringl@lanepowell.com

Barry M Kaplan bkaplan@wsgr.com, npierce@wsgr.com, srobinson@wsgr.com

Stellman Keehnel stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com

Christopher Brian Wells wellsc@lanepowell.com, dahlk@lanepowell.com, docketing-sea@lanepowell.com, fosters@lanepowell.com

Robert M Sulkin rsulkin@mcnaul.com, rlindsey@mcnaul.com

Curt Roy Hineline hineline.curt@dorsey.com, jarvis.sally@dorsey.com

Lynn Lincoln Sarko lsarko@kellerrohrback.com

Elizabeth Ann Leland bleland@kellerrohrback.com, dwilcher@kellerrohrback.com

Karl Phillip Barth kbarth@lmbllp.com, shelby@lmbllp.com

Juli E. Farris jfarris@KellerRohrback.com, kzajac@KellerRohrback.com

Roger M Townsend rtownsend@bjtlegal.com, admin@bjtlegal.com

Gregory J Hollon ghollon@mcnaul.com, bzentz@mcnaul.com

David Roy East deast@mcnaul.com, rlindsey@mcnaul.com

Meredith N Landy mlandy@omm.com

Steven J Toll stoll@cohenmilstein.com

Jerome F Birn, Jr jbirn@wsgr.com

LEAD PLAINTIFF'S UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF SETTLEMENT
(C07-1764 MJP) Page - 4

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Gregory L Watts gwatts@wsgr.com, lbeltran@wsgr.com

Jason Mathew Leviton jleviton@cohenmilstein.com, JML64@georgetown.edu

Christopher F Nelson cnelson@wsgr.com, npierce@wsgr.com, srobinson@wsgr.com

Seth Aronson saronson@omm.com

Matthew K Handley mhandley@cohenmilstein.com

Lisa M Mezzetti lmezzetti@cohenmilstein.com

Daniel S Sommers dsommers@cohenmilstein.com

Bryan C Keane keane.bryan@dorsey.com, maikkula.myrna@dorsey.com

Vivi Tran vtran@omm.com

Sara M Folchi mpaul@omm.com, sfolchi@omm.com

Southwest Carpenters Pension Trust rtownsend@bjtlegal.com

**KELLER ROHRBACK L.L.P.**

  /s/ Elizabeth A. Leland
Elizabeth A. Leland, WSBA #23433
bleland@kellerrohrback.com
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

LEAD PLAINTIFF'S UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF SETTLEMENT
(C07-1764 MJP) Page - 5

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384